THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS BOGIN, BENJAMIN GOLDBERG, SOL TAUB, ALEX. BOREH, LOUIS BROAD, LENA GANTMAN, REBECCA GERCHT, LENA STANASHEFSKY, ALEX SEAMAN, SAM NELSON, JULIUS GINSBERG, SAM KLEMPNER, LOUIS NELSON, MENIA ROSMAN, ANNA SHAPIRO and BERTHA COPELAND, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JESSIE SILVER, FANNIE SOPOLSKY, ANNA WINGAR, JENNIE LEVINE, FANNY FUBENBERG, FANNY SHOR, JACOB LEVINSON, PAULINE GUTTERMAN, CECELIA RICHMAN, DORA AZUSKY, TILLIE GLANTZ, MINNIE SCHIFERIN, IDA ROSEN, BESSIE PEARL and SARAH MACKLER, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BECKY LANDE, YETTA SALZMAN, ESTHER STEINBERG, ANNA BENDILOVICH, FANNY KIVINTNER, SOPHIE STUTZIN, FANNY STEINBERG, VERA KRIEGER, CLARA GABIN, RUTH GLUSKIN, ROSIE GREEN, RACHEL LAVINE, JENNIE DRUNKIN, ESTHER SIVITZ, BECKIE AROWSKY, ELENOR URBAN, MARIAN GROSS, ABE KONEAK, ISIDORE MARK, MORRIS STERNBERG, ISSIE GREENSPAN, HERMAN RICHMAN, WILLIAM FRIEDMAN, HARRY GITTLEMAN, BENJAMIN FORSYTHE and HYMAN GUNSMAN, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY JACOBS, MORRIS BESKIN, ISIDOR SOLMOWITZ, PAUL STRUMASSER, ISRAEL BROWN, JOS. GREENBERG, SAM SCHAFFER, PAUL SPOLNIK, MAX PALSON, PHILLIP KELLER, LOUIS GRABELSKY, SOL KAININSKY, PHILIP DENENBERG, HARRY GORDON, JOS. BRIFUS, ISIDOR KIRMEIER, ABE HELFENBAUM, MORRIS ROTHMAN, PHILIP HERMAN, MORRIS SMITH, SAM BEAN, HARRY COHEN, JOHN SIGORICK, HERBERT FELDMAN, BERNARD OLENBERG, ISIDOR BROWN, MIKE

KNEZEW, SARAH TERUTZKY, ETHEL SHAW, SARAH DUBOW, MALVINA BAVMAN, BERTHA HERMAN, PEARL HALPERN, SARAH BRAMNICK, ANNIE BOSES, CELIA SAMARODIN, Appellants.

*Crimes — disorderly conduct — judgments of conviction affirmed.*

*People* v. *Bogin* (sub nom. *People* v. *Friedman*), 130 Misc. Rep. 525, affirmed.

(Argued April 9, 1928; decided May 1, 1928.)

APPEALS, by permission, from a judgment of the Court of Special Sessions of the city of New York, entered September 27, 1927, which affirmed judgments of the Magistrate's Court of the city of New York convicting the defendants of disorderly conduct. (See *People* v. *Nixon*, 248 N. Y. 182.)

*Aiken A. Pope* and *Jacob M. Mandelbaum* for appellants.

*Joab H. Banton*, District Attorney (*Felix C. Benvenga* and *John C. McDermott* of counsel), for respondent.

Judgment in each case affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.